# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160364 (21)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DARRYL MCGORE,
             Plaintiff-Appellant,

v                                                                SC: 160364
                                                                 CoA: 350293

CALUMET STATE POLICE DEPARTMENT
and BARAGA COUNTY PROSECUTOR,
             Defendants-Appellees.
_____/

On order of the Chief Justice, Appellant's motion for reconsideration of the October 25, 2019 order is denied because it does not appear that the order was entered erroneously. Within 21 days of the date of this order, Appellant shall submit a copy of the October 25, 2019 order and refile a copy of the pleadings as ordered. Failure to comply with this order shall result in the dismissal of this application.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2019



izm

Clerk